TO: Ann Swartz, Esq. and Mr. Scott F. Waterman

FROM: Stephen Roache



I'm Stephen Roache, the above named defenant in Chapter 13 Bankruptcy Case No. 18-16813, and I'm asking for you, your client and the Court's consideration, understanding and help in this matter. What I'm requesting of you all, is to reconsider the facts, that something is very wrong with this action. I'm being wronged as well as the trustee Mr. Scott F Waterman that is also being wronged. I have spoke to Mr. Waterman on more than one occassion and I believe that he is not the kind of person that would know I was missing so many payments and not say something to me about it. Which why I'm saying something is wrong here. I believe someone has slipped a joker in the deck to finally get what they've been wanting.
This case Dismissed in this way.
Because I never missed all those payments, I'm being accussed of missing. Also, even if the planets aligned in such a way to make this something that I would even attempt to do. something so unlike me, as well as Dumb. With me knowing the conseqences. Also why wasn't I notfied when the first payment was suppose to be missed. Then to make matters worst, How was it that more than $2,000 in payments, were also missed and I wasn't notified until now, and in this way. I'm now asking Mr. Waterman. Please give me some time and a chance to get this debt paid. By dropping and or stopping any attempts to dismiss my Bankruptcy case No: 18 - 16813. Before I've had a chance to, make this right.

THANK YOU VERY MUCH.
STEPHEN ROACHE.
SIGNED: _____    09/25/2023.

Stephen Roache  18-16813

| PRINT INQUIRY | | | Close Window | | | Click Here to Print this Page | |
|---|---|---|---|---|---|---|---|
| 18-16813-AMC | STEPHEN ROACHE (xxx-xx-3396) | | 1102 CHILDS AVENUE • • DREXEL HILL • PA • 19026 | $656.00 MO | Bar Date(s): | 12/21/2018 (has passed) 4/10/2019 (has passed) | |
| | | | | | Confirmed: | 4/10/2019 | |
| | Trustee: Scott F. Waterman | | Attorney: BRAD J SADEK ESQ | | Case Status: | Active | |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 11/11/2018 | 5.00 | $375.00 | MONTHLY | STEPHEN ROACHE | | |
| 4/11/2019 | 55.00 | $656.00 | MONTHLY | STEPHEN ROACHE | | |
| 11/11/2023 | end of plan | $0.00 | MONTHLY | STEPHEN ROACHE | | |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|

**Payments Expected for Step 1:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 11/11/2018 | 12/10/2018 | $375.00 | $375.00 |
| 2 | 12/11/2018 | 1/10/2019 | $375.00 | $750.00 |
| 3 | 1/11/2019 | 2/10/2019 | $375.00 | $1,125.00 |
| 4 | 2/11/2019 | 3/10/2019 | $375.00 | $1,500.00 |
| 5 | 3/11/2019 | 4/10/2019 | $375.00 | $1,875.00 |
| Total | | | | $1,875.00 |

**Payments Expected for Step 2:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 4/11/2019 | 5/10/2019 | $656.00 | $656.00 |
| 2 | 5/11/2019 | 6/10/2019 | $656.00 | $1,312.00 |
| 3 | 6/11/2019 | 7/10/2019 | $656.00 | $1,968.00 |
| 4 | 7/11/2019 | 8/10/2019 | $656.00 | $2,624.00 |
| 5 | 8/11/2019 | 9/10/2019 | $656.00 | $3,280.00 |
| 6 | 9/11/2019 | 10/10/2019 | $656.00 | $3,936.00 |
| 7 | 10/11/2019 | 11/10/2019 | $656.00 | $4,592.00 |
| 8 | 11/11/2019 | 12/10/2019 | $656.00 | $5,248.00 |
| 9 | 12/11/2019 | 1/10/2020 | $656.00 | $5,904.00 |
| 10 | 1/11/2020 | 2/10/2020 | $656.00 | $6,560.00 |
| 11 | 2/11/2020 | 3/10/2020 | $656.00 | $7,216.00 |
| 12 | 3/11/2020 | 4/10/2020 | $656.00 | $7,872.00 |
| 13 | 4/11/2020 | 5/10/2020 | $656.00 | $8,528.00 |
| 14 | 5/11/2020 | 6/10/2020 | $656.00 | $9,184.00 |
| 15 | 6/11/2020 | 7/10/2020 | $656.00 | $9,840.00 |
| 16 | 7/11/2020 | 8/10/2020 | $656.00 | $10,496.00 |
| 17 | 8/11/2020 | 9/10/2020 | $656.00 | $11,152.00 |
| 18 | 9/11/2020 | 10/10/2020 | $656.00 | $11,808.00 |
| 19 | 10/11/2020 | 11/10/2020 | $656.00 | $12,464.00 |
| 20 | 11/11/2020 | 12/10/2020 | $656.00 | $13,120.00 |
| 21 | 12/11/2020 | 1/10/2021 | $656.00 | $13,776.00 |
| 22 | 1/11/2021 | 2/10/2021 | $656.00 | $14,432.00 |
| 23 | 2/11/2021 | 3/10/2021 | $656.00 | $15,088.00 |
| 24 | 3/11/2021 | 4/10/2021 | $656.00 | $15,744.00 |
| 25 | 4/11/2021 | 5/10/2021 | $656.00 | $16,400.00 |
| 26 | 5/11/2021 | 6/10/2021 | $656.00 | $17,056.00 |
| 27 | 6/11/2021 | 7/10/2021 | $656.00 | $17,712.00 |
| 28 | 7/11/2021 | 8/10/2021 | $656.00 | $18,368.00 |
| 29 | 8/11/2021 | 9/10/2021 | $656.00 | $19,024.00 |
| 30 | 9/11/2021 | 10/10/2021 | $656.00 | $19,680.00 |
| 31 | 10/11/2021 | 11/10/2021 | $656.00 | $20,336.00 |
| 32 | 11/11/2021 | 12/10/2021 | $656.00 | $20,992.00 |
| 33 | 12/11/2021 | 1/10/2022 | $656.00 | $21,648.00 |
| 34 | 1/11/2022 | 2/10/2022 | $656.00 | $22,304.00 |
| 35 | 2/11/2022 | 3/10/2022 | $656.00 | $22,960.00 |
| 36 | 3/11/2022 | 4/10/2022 | $656.00 | $23,616.00 |
| 37 | 4/11/2022 | 5/10/2022 | $656.00 | $24,272.00 |



FILED
SEP 25 2023
TIMOTHY McGRATH, CLERK
DEP. CLERK

| | | | | | |
|---|---|---|---|---|---|
| 38 | 5/11/2022 | 6/10/2022 | | $656.00 | $24,928.00 |
| 39 | 6/11/2022 | 7/10/2022 | | $656.00 | $25,584.00 |
| 40 | 7/11/2022 | 8/10/2022 | | $656.00 | $26,240.00 |
| 41 | 8/11/2022 | 9/10/2022 | | $656.00 | $26,896.00 |
| 42 | 9/11/2022 | 10/10/2022 | | $656.00 | $27,552.00 |
| 43 | 10/11/2022 | 11/10/2022 | | $656.00 | $28,208.00 |
| 44 | 11/11/2022 | 12/10/2022 | | $656.00 | $28,864.00 |
| 45 | 12/11/2022 | 1/10/2023 | | $656.00 | $29,520.00 |
| 46 | 1/11/2023 | 2/10/2023 | | $656.00 | $30,176.00 |
| 47 | 2/11/2023 | 3/10/2023 | | $656.00 | $30,832.00 |
| 48 | 3/11/2023 | 4/10/2023 | | $656.00 | $31,488.00 |
| 49 | 4/11/2023 | 5/10/2023 | | $656.00 | $32,144.00 |
| 50 | 5/11/2023 | 6/10/2023 | | $656.00 | $32,800.00 |
| 51 | 6/11/2023 | 7/10/2023 | | $656.00 | $33,456.00 |
| 52 | 7/11/2023 | 8/10/2023 | | $656.00 | $34,112.00 |
| 53 | 8/11/2023 | 9/10/2023 | | $656.00 | $34,768.00 |
| 54 | 9/11/2023 | 10/10/2023 | | $656.00 | $35,424.00 |
| 55 | 10/11/2023 | 11/10/2023 | | $656.00 | $36,080.00 |
| Total | | | | | **$36,080.00** |

Payments Expected for Step 3:

| Period | Date | End Date | | Payment Amount Expected | Total |
|---|---|---|---|---|---|
| 1 | 11/11/2023 | 12/10/2023 | | $0.00 | $0.00 |
| 2 | 12/11/2023 | 1/10/2024 | | $0.00 | $0.00 |
| 3 | 1/11/2024 | 2/10/2024 | | $0.00 | $0.00 |
| 4 | 2/11/2024 | 3/10/2024 | | $0.00 | $0.00 |
| 5 | 3/11/2024 | 4/10/2024 | | $0.00 | $0.00 |
| 6 | 4/11/2024 | 5/10/2024 | | $0.00 | $0.00 |
| 7 | 5/11/2024 | 6/10/2024 | | $0.00 | $0.00 |
| 8 | 6/11/2024 | 7/10/2024 | | $0.00 | $0.00 |
| 9 | 7/11/2024 | 8/10/2024 | | $0.00 | $0.00 |
| 10 | 8/11/2024 | 9/10/2024 | | $0.00 | $0.00 |
| 11 | 9/11/2024 | 10/10/2024 | | $0.00 | $0.00 |
| 12 | 10/11/2024 | 11/10/2024 | | $0.00 | $0.00 |
| 13 | 11/11/2024 | 12/10/2024 | | $0.00 | $0.00 |
| 14 | 12/11/2024 | 1/10/2025 | | $0.00 | $0.00 |
| 15 | 1/11/2025 | 2/10/2025 | | $0.00 | $0.00 |
| 16 | 2/11/2025 | 3/10/2025 | | $0.00 | $0.00 |
| 17 | 3/11/2025 | 4/10/2025 | | $0.00 | $0.00 |
| 18 | 4/11/2025 | 5/10/2025 | | $0.00 | $0.00 |
| 19 | 5/11/2025 | 6/10/2025 | | $0.00 | $0.00 |
| 20 | 6/11/2025 | 7/10/2025 | | $0.00 | $0.00 |
| 21 | 7/11/2025 | 8/10/2025 | | $0.00 | $0.00 |
| 22 | 8/11/2025 | 9/10/2025 | | $0.00 | $0.00 |
| Total | | | | | **$0.00** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 11/2018 | $375.00 | $375.00 | | $0.00 |
| 2 | 12/2018 | $375.00 | | | $375.00 |
| 3 | 1/2019 | $375.00 | $750.00 | | $0.00 |
| 4 | 2/2019 | $375.00 | $375.00 | | $0.00 |
| 5 | 3/2019 | $375.00 | $375.00 | | $0.00 |
| 6 | 4/2019 | $656.00 | $375.00 | | $281.00 |
| 7 | 5/2019 | $656.00 | $656.00 | | $281.00 |
| 8 | 6/2019 | $656.00 | | | $937.00 |
| 9 | 7/2019 | $656.00 | $939.00 | | $654.00 |
| 10 | 8/2019 | $656.00 | $657.00 | | $653.00 |
| 11 | 9/2019 | $656.00 | | | $1,309.00 |
| 12 | 10/2019 | $656.00 | $656.00 | | $1,309.00 |
| 13 | 11/2019 | $656.00 | $656.00 | | $1,309.00 |
| 14 | 12/2019 | $656.00 | $656.00 | | $1,309.00 |
| 15 | 1/2020 | $656.00 | $656.00 | | $1,309.00 |
| 16 | 2/2020 | $656.00 | $656.00 | | $1,309.00 |
| 17 | 3/2020 | $656.00 | $656.00 | | $1,309.00 |
| 18 | 4/2020 | $656.00 | $656.00 | | $1,309.00 |
| 19 | 5/2020 | $656.00 | $656.00 | | $1,309.00 |
| 20 | 6/2020 | $656.00 | $656.00 | | $1,309.00 |

PRINT INQUIRY    Close Window    Click Here to Print this Page

| 18-16813-AMC STEPHEN ROACHE (xxx-xx-3396) | 1102 CHILDS AVENUE • • DREXEL HILL • PA • 19026 | $656.00 MO | Bar Date(s): | 12/21/2018 (has passed) 4/10/2019 (has passed) |
|---|---|---|---|---|
| | | | Confirmed: | 4/10/2019 |
| Trustee: Scott F. Waterman | Attorney: BRAD J SADEK ESQ | | Case Status: | Active |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 11/11/2018 | 5.00 | $375.00 | MONTHLY | STEPHEN ROACHE | | |
| 4/11/2019 | 55.00 | $656.00 | MONTHLY | STEPHEN ROACHE | | |
| 11/11/2023 | end of plan | $0.00 | MONTHLY | STEPHEN ROACHE | | |

### Forgive Information

| Date | Amount | Description |
|---|---|---|
| | | |

### Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 11/11/2018 | 12/10/2018 | $375.00 | $375.00 |
| 2 | 12/11/2018 | 1/10/2019 | $375.00 | $750.00 |
| 3 | 1/11/2019 | 2/10/2019 | $375.00 | $1,125.00 |
| 4 | 2/11/2019 | 3/10/2019 | $375.00 | $1,500.00 |
| 5 | 3/11/2019 | 4/10/2019 | $375.00 | $1,875.00 |
| Total | | | | $1,875.00 |

### Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 4/11/2019 | 5/10/2019 | $656.00 | $656.00 |
| 2 | 5/11/2019 | 6/10/2019 | $656.00 | $1,312.00 |
| 3 | 6/11/2019 | 7/10/2019 | $656.00 | $1,968.00 |
| 4 | 7/11/2019 | 8/10/2019 | $656.00 | $2,624.00 |
| 5 | 8/11/2019 | 9/10/2019 | $656.00 | $3,280.00 |
| 6 | 9/11/2019 | 10/10/2019 | $656.00 | $3,936.00 |
| 7 | 10/11/2019 | 11/10/2019 | $656.00 | $4,592.00 |
| 8 | 11/11/2019 | 12/10/2019 | $656.00 | $5,248.00 |
| 9 | 12/11/2019 | 1/10/2020 | $656.00 | $5,904.00 |
| 10 | 1/11/2020 | 2/10/2020 | $656.00 | $6,560.00 |
| 11 | 2/11/2020 | 3/10/2020 | $656.00 | $7,216.00 |
| 12 | 3/11/2020 | 4/10/2020 | $656.00 | $7,872.00 |
| 13 | 4/11/2020 | 5/10/2020 | $656.00 | $8,528.00 |
| 14 | 5/11/2020 | 6/10/2020 | $656.00 | $9,184.00 |
| 15 | 6/11/2020 | 7/10/2020 | $656.00 | $9,840.00 |
| 16 | 7/11/2020 | 8/10/2020 | $656.00 | $10,496.00 |
| 17 | 8/11/2020 | 9/10/2020 | $656.00 | $11,152.00 |
| 18 | 9/11/2020 | 10/10/2020 | $656.00 | $11,808.00 |
| 19 | 10/11/2020 | 11/10/2020 | $656.00 | $12,464.00 |
| 20 | 11/11/2020 | 12/10/2020 | $656.00 | $13,120.00 |
| 21 | 12/11/2020 | 1/10/2021 | $656.00 | $13,776.00 |
| 22 | 1/11/2021 | 2/10/2021 | $656.00 | $14,432.00 |
| 23 | 2/11/2021 | 3/10/2021 | $656.00 | $15,088.00 |
| 24 | 3/11/2021 | 4/10/2021 | $656.00 | $15,744.00 |
| 25 | 4/11/2021 | 5/10/2021 | $656.00 | $16,400.00 |
| 26 | 5/11/2021 | 6/10/2021 | $656.00 | $17,056.00 |
| 27 | 6/11/2021 | 7/10/2021 | $656.00 | $17,712.00 |
| 28 | 7/11/2021 | 8/10/2021 | $656.00 | $18,368.00 |
| 29 | 8/11/2021 | 9/10/2021 | $656.00 | $19,024.00 |
| 30 | 9/11/2021 | 10/10/2021 | $656.00 | $19,680.00 |
| 31 | 10/11/2021 | 11/10/2021 | $656.00 | $20,336.00 |
| 32 | 11/11/2021 | 12/10/2021 | $656.00 | $20,992.00 |
| 33 | 12/11/2021 | 1/10/2022 | $656.00 | $21,648.00 |
| 34 | 1/11/2022 | 2/10/2022 | $656.00 | $22,304.00 |
| 35 | 2/11/2022 | 3/10/2022 | $656.00 | $22,960.00 |
| 36 | 3/11/2022 | 4/10/2022 | $656.00 | $23,616.00 |
| 37 | 4/11/2022 | 5/10/2022 | $656.00 | $24,272.00 |

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 38 | 5/11/2022 | 6/10/2022 | $656.00 | $24,928.00 |
| 39 | 6/11/2022 | 7/10/2022 | $656.00 | $25,584.00 |
| 40 | 7/11/2022 | 8/10/2022 | $656.00 | $26,240.00 |
| 41 | 8/11/2022 | 9/10/2022 | $656.00 | $26,896.00 |
| 42 | 9/11/2022 | 10/10/2022 | $656.00 | $27,552.00 |
| 43 | 10/11/2022 | 11/10/2022 | $656.00 | $28,208.00 |
| 44 | 11/11/2022 | 12/10/2022 | $656.00 | $28,864.00 |
| 45 | 12/11/2022 | 1/10/2023 | $656.00 | $29,520.00 |
| 46 | 1/11/2023 | 2/10/2023 | $656.00 | $30,176.00 |
| 47 | 2/11/2023 | 3/10/2023 | $656.00 | $30,832.00 |
| 48 | 3/11/2023 | 4/10/2023 | $656.00 | $31,488.00 |
| 49 | 4/11/2023 | 5/10/2023 | $656.00 | $32,144.00 |
| 50 | 5/11/2023 | 6/10/2023 | $656.00 | $32,800.00 |
| 51 | 6/11/2023 | 7/10/2023 | $656.00 | $33,456.00 |
| 52 | 7/11/2023 | 8/10/2023 | $656.00 | $34,112.00 |
| 53 | 8/11/2023 | 9/10/2023 | $656.00 | $34,768.00 |
| 54 | 9/11/2023 | 10/10/2023 | $656.00 | $35,424.00 |
| 55 | 10/11/2023 | 11/10/2023 | $656.00 | $36,080.00 |
| Total | | | | **$36,080.00** |

Payments Expected for Step 3:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 11/11/2023 | 12/10/2023 | $0.00 | $0.00 |
| 2 | 12/11/2023 | 1/10/2024 | $0.00 | $0.00 |
| 3 | 1/11/2024 | 2/10/2024 | $0.00 | $0.00 |
| 4 | 2/11/2024 | 3/10/2024 | $0.00 | $0.00 |
| 5 | 3/11/2024 | 4/10/2024 | $0.00 | $0.00 |
| 6 | 4/11/2024 | 5/10/2024 | $0.00 | $0.00 |
| 7 | 5/11/2024 | 6/10/2024 | $0.00 | $0.00 |
| 8 | 6/11/2024 | 7/10/2024 | $0.00 | $0.00 |
| 9 | 7/11/2024 | 8/10/2024 | $0.00 | $0.00 |
| 10 | 8/11/2024 | 9/10/2024 | $0.00 | $0.00 |
| 11 | 9/11/2024 | 10/10/2024 | $0.00 | $0.00 |
| 12 | 10/11/2024 | 11/10/2024 | $0.00 | $0.00 |
| 13 | 11/11/2024 | 12/10/2024 | $0.00 | $0.00 |
| 14 | 12/11/2024 | 1/10/2025 | $0.00 | $0.00 |
| 15 | 1/11/2025 | 2/10/2025 | $0.00 | $0.00 |
| 16 | 2/11/2025 | 3/10/2025 | $0.00 | $0.00 |
| 17 | 3/11/2025 | 4/10/2025 | $0.00 | $0.00 |
| 18 | 4/11/2025 | 5/10/2025 | $0.00 | $0.00 |
| 19 | 5/11/2025 | 6/10/2025 | $0.00 | $0.00 |
| 20 | 6/11/2025 | 7/10/2025 | $0.00 | $0.00 |
| 21 | 7/11/2025 | 8/10/2025 | $0.00 | $0.00 |
| 22 | 8/11/2025 | 9/10/2025 | $0.00 | $0.00 |
| Total | | | | **$0.00** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 11/2018 | $375.00 | $375.00 | | $0.00 |
| 2 | 12/2018 | $375.00 | | | $375.00 |
| 3 | 1/2019 | $375.00 | $750.00 | | $0.00 |
| 4 | 2/2019 | $375.00 | $375.00 | | $0.00 |
| 5 | 3/2019 | $375.00 | $375.00 | | $0.00 |
| 6 | 4/2019 | $656.00 | $375.00 | | $281.00 |
| 7 | 5/2019 | $656.00 | $656.00 | | $281.00 |
| 8 | 6/2019 | $656.00 | | | $937.00 |
| 9 | 7/2019 | $656.00 | $939.00 | | $654.00 |
| 10 | 8/2019 | $656.00 | $657.00 | | $653.00 |
| 11 | 9/2019 | $656.00 | | | $1,309.00 |
| 12 | 10/2019 | $656.00 | $656.00 | | $1,309.00 |
| 13 | 11/2019 | $656.00 | $656.00 | | $1,309.00 |
| 14 | 12/2019 | $656.00 | $656.00 | | $1,309.00 |
| 15 | 1/2020 | $656.00 | $656.00 | | $1,309.00 |
| 16 | 2/2020 | $656.00 | $656.00 | | $1,309.00 |
| 17 | 3/2020 | $656.00 | $656.00 | | $1,309.00 |
| 18 | 4/2020 | $656.00 | $656.00 | | $1,309.00 |
| 19 | 5/2020 | $656.00 | $656.00 | | $1,309.00 |
| 20 | 6/2020 | $656.00 | $656.00 | | $1,309.00 |

| # | Date | Amount | Payment | | Balance |
|---|---|---|---|---|---|
| 21 | 7/2020 | $656.00 | $656.00 | | $1,309.00 |
| 22 | 8/2020 | $656.00 | $656.00 | | $1,309.00 |
| 23 | 9/2020 | $656.00 | $656.00 | | $1,309.00 |
| 24 | 10/2020 | $656.00 | $656.00 | | $1,309.00 |
| 25 | 11/2020 | $656.00 | $656.00 | | $1,309.00 |
| 26 | 12/2020 | $656.00 | $656.00 | | $1,309.00 |
| 27 | 1/2021 | $656.00 | $656.00 | | $1,309.00 |
| 28 | 2/2021 | $656.00 | | | $1,965.00 |
| 29 | 3/2021 | $656.00 | $1,312.00 | | $1,309.00 |
| 30 | 4/2021 | $656.00 | $656.00 | | $1,309.00 |
| 31 | 5/2021 | $656.00 | $656.00 | | $1,309.00 |
| 32 | 6/2021 | $656.00 | $656.00 | | $1,309.00 |
| 33 | 7/2021 | $656.00 | $656.00 | | $1,309.00 |
| 34 | 8/2021 | $656.00 | $656.00 | | $1,309.00 |
| 35 | 9/2021 | $656.00 | $656.00 | | $1,309.00 |
| 36 | 10/2021 | $656.00 | $656.00 | | $1,309.00 |
| 37 | 11/2021 | $656.00 | $656.00 | | $1,309.00 |
| 38 | 12/2021 | $656.00 | $656.00 | | $1,309.00 |
| 39 | 1/2022 | $656.00 | | | $1,965.00 |
| 40 | 2/2022 | $656.00 | $656.00 | | $1,965.00 |
| 41 | 3/2022 | $656.00 | $656.00 | | $1,965.00 |
| 42 | 4/2022 | $656.00 | $656.00 | | $1,965.00 |
| 43 | 5/2022 | $656.00 | $656.00 | | $1,965.00 |
| 44 | 6/2022 | $656.00 | $656.00 | | $1,965.00 |
| 45 | 7/2022 | $656.00 | | | $2,621.00 |
| 46 | 8/2022 | $656.00 | $1,312.00 | | $1,965.00 |
| 47 | 9/2022 | $656.00 | $656.00 | | $1,965.00 |
| 48 | 10/2022 | $656.00 | $656.00 | | $1,965.00 |
| 49 | 11/2022 | $656.00 | $656.00 | | $1,965.00 |
| 50 | 12/2022 | $656.00 | $656.00 | | $1,965.00 |
| 51 | 1/2023 | $656.00 | $656.00 | | $1,965.00 |
| 52 | 2/2023 | $656.00 | $656.00 | | $1,965.00 |
| 53 | 3/2023 | $656.00 | $656.00 | | $1,965.00 |
| 54 | 4/2023 | $656.00 | $656.00 | | $1,965.00 |
| 55 | 5/2023 | $656.00 | $656.00 | | $1,965.00 |
| 56 | 6/2023 | $656.00 | $656.00 | | $1,965.00 |
| 57 | 7/2023 | $656.00 | $656.00 | | $1,965.00 |
| 58 | 8/2023 | $656.00 | $656.00 | | $1,965.00 |
| 59 | 9/2023 | $656.00 | | | $2,621.00 |

**Total Delinquent Amount: $2,621.00**