# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephen Roache<br>    Debtor(s)<br><br>USAA FEDERAL SAVINGS BANK<br>    Movant<br>vs.<br><br>Stephen Roache<br>    Debtor(s)<br><br>Scott F. Waterman<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 18-16813 AMC<br><br><br><br><br>11 U.S.C. Section 362 |

## **CERTIFICATE OF SERVICE**

      I, Mark A. Cronin, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of USAA FEDERAL SAVINGS BANK for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on February 28, 2024, by first class mail, and/or electronic means upon those listed below:

| Debtor(s) | Trustee |
|---|---|
| Stephen Roache | Scott F. Waterman |
| 1102 Childs Avenue | 2901 St. Lawrence Ave. |
| Drexel Hill, PA 19026 | Suite 100 |
| | Reading, PA 19606 |
| Attorney for Debtor(s) | **VIA ECF** |
| Brad J. Sadek, Esq. | |
| 1315 Walnut Street | Office of the US Trustee |
| Suite 502 | United States Trustee |
| Philadelphia, PA 19107 | Office of the U.S. Trustee |
| **VIA ECF** | 200 Chestnut Street, Suite 502 |
| | Philadelphia, PA 19106 |

Date: February 28, 2024

                                                /s/ Mark A. Cronin
                                                Mark A. Cronin, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                Phone: (215) 627-1322 Fax: (215) 627-7734
                                                Attorneys for Movant/Applicant