United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 18-16813-amc

Stephen Roache                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 04, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Roache, 1102 Childs Avenue, Drexel Hill, PA 19026-4005 |
| 14212424 | + | Delaware County Tax, 201 W Front St # 123, Media, PA 19063-2797 |
| 14212425 | + | Diversified Consultants, Inc., P O Box 551268, Jacksonville, FL 32255-1268 |
| 14212426 | + | Diversified Consultants, Inc., 10550 Deerwood Park Blvd, Jacksonville, FL 32256-2805 |
| 14215613 | #+ | Nationstar Mortgage LLC, c/o Kevin S. Frankel, Esq., Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14212430 | #+ | Shapiro & Denardo, Christopher Denardo, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14213977 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14212433 | | Temple University Hospital, Broad & Ontario St, Philadelphia, PA 19140 |
| 14212434 | + | USSA Federal Saving Bank/Nationstar, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Ste B, Coppell, TX 75019-4620 |
| 14212435 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 05 2024 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14212417 | | Email/Text: collectors@arresourcesinc.com | Jun 05 2024 00:09:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14212420 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2024 00:14:45 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14212419 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2024 00:14:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14215614 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2024 00:14:47 | Capital One Auto Finance, AIS Portfolio Services, LP, c/o Rejoy Nalkara, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14212421 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 05 2024 00:14:53 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14214705 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2024 00:14:46 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14214714 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2024 00:14:41 | Capital One Auto Finance, a division of Capital |

District/off: 0313-2      User: admin      Page 2 of 3

Date Rcvd: Jun 04, 2024      Form ID: 138OBJ      Total Noticed: 35

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14238475 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2024 00:14:52 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14224243 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 05 2024 00:09:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14212422 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2024 00:30:18 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14212423 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 05 2024 00:14:45 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14212427 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 05 2024 00:10:00 | Genesis Bc/celtic Bank, Attn: Bankruptcy, 268 South State Street Ste 300, Salt Lake City, UT 84111-5314 |
| 14244963 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2024 00:14:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14212428 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jun 05 2024 00:09:00 | National Credit System, Po Box 31215, Atlanta, GA 31131 |
| 14246798 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jun 05 2024 00:09:00 | National Credit Systems, Inc., PO Box 312125, Atlanta, GA 31131 |
| 14248291 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2024 00:14:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14213090 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2024 00:14:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14212429 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 05 2024 00:09:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14213977 | ^ | MEBN | Jun 05 2024 00:02:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14212431 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2024 00:14:45 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14212432 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2024 00:14:44 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14219145 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 05 2024 00:14:36 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14843005 | ^ | MEBN | Jun 05 2024 00:01:59 | USAA FEDERAL SAVINGS BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14217298 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 05 2024 00:09:00 | USAA Federal Savings Bank, c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14212418 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Stephen Roache brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr.Cooper as servicer for USAA Federal Savings Bank logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor USAA FEDERAL SAVINGS BANK logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr.Cooper as servicer for USAA Federal Savings Bank bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC  et al... pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC  et al... KRLITTLE@FIRSTAM.COM |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Stephen Roache

          Debtor(s)

Case No: 18−16813−amc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/4/24

62 − 48
Form 138OBJ