**Fill in this information to identify the case:**

Debtor 1    Stephen Roache

Debtor 2    _____
            (Spouse, if filing)

United States Bankruptcy Court for the Eastern District of Pennsylvania
                                                                (State)

Case number: 18-16813-amc

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

**Name of Creditor:** USAA FEDERAL SAVINGS BANK    **Court Claim No.** (if known): 2

**Last four digits** of any number you use to identify the debtor's account: 8140

**Date of Payment Change:** September 1, 2023
Must be at least 21 days after date of this notice.

**New total payment:** $1,666.01
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No.
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $518.82    **New escrow payment:** $665.04

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

☒ No.
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:**    **New interest rate:**

**Current principal and interest payment:**    **New principal and interest payment:**

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*
Reason for change: _____

**Current mortgage payment:**    **New mortgage payment:**

## Part 4: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** */s/ Christopher A. DeNardo*
    Signature

Date: 08/08/2023

**Print:** Christopher A. DeNardo 78447
    First Name    Middle Name    Last Name

Title: Attorney

Company: LOGS Legal Group LLP

Address: 3600 Horizon Drive, Suite 150
    Number    Street

King of Prussia, PA 19406
City    State    ZIP Code

Contact phone: (610) 278-6800

Email: logsecf@logs.com

# Certificate of Service

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 08/08/2023

Chapter 13 Trustee:  Scott Waterman

Trustee Address:  Chapter 13 Trustee, 2901 St. Lawrence Avenue, Suite 100, Reading, PA 19606

Trustee Email:  ecfmail@reeadingch13.com

Debtor's Counsel Name:  Brad J. Sadek, Esquire, Sadek and Cooper

Debtor's Counsel Address:  1500 JFK Boulevard, Ste 220, Philadelphia, PA 19102

Debtor's Counsel Email:  brad@sadeklaw.com

Debtor's Name:  Stephen Roache

Debtor's Mailing Address: 1102 Childs Avenue, Drexel Hill, PA 19026

*/s/ Christopher A. DeNardo*

Christopher A. DeNardo 78447
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com
18-059777

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
USAA Federal Savings Bank
PO Box 818059
5801 Postal Road
Cleveland, OH 44181

**Serviced by Nationstar Mortgage LLC, a subservicer for USAA**

STEPHEN ROACHE
1102 CHILDS AVE
DREXEL HILL, PA 19026

Loan Number: ▓▓▓▓▓▓▓
Debtor(s):      STEPHEN ROACHE
Case Number:    1816813

June 30, 2023

Property Address: 1102 CHILDS AVENUE
                  DREXEL HILL, PA 19026

Dear STEPHEN ROACHE,

An annual escrow analysis was performed on the above referenced account.

Our records indicate your loan is currently in an active bankruptcy proceeding. The enclosed escrow account disclosure statement is for informational purposes only and should not be construed as an attempt to collect a debt.

If you are represented by an attorney in your bankruptcy, please forward a copy of this letter to such attorney and provide such attorney's name, address and telephone number to us.

If you have any questions, please call our Bankruptcy Department at 855-430-8489. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.usaa.com for more information.

Sincerely,

USAA Federal Savings Bank

Enclosure

**PLEASE BE ADVISED THIS COMMUNICATION IS SENT FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM AGAINST, OR DEMAND PAYMENT FROM, ANY INDIVIDUAL PROTECTED BY THE U.S. BANKRUPTCY CODE. IF THIS ACCOUNT HAS BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING, BE ADVISED THIS COMMUNICATION IS FOR INFORMATIONAL PURPOSES ONLY AND NOT AN ATTEMPT TO COLLECT A DEBT AGAINST YOU; HOWEVER, THE SERVICER/LENDER RESERVES THE RIGHT TO EXERCISE THE LEGAL RIGHTS ONLY AGAINST THE PROPERTY SECURING THE LOAN OBLIGATION, INCLUDING THE RIGHT TO FORECLOSE ITS LIEN UNDER APPROPRIATE CIRCUMSTANCES. NOTHING IN THIS COMMUNICATION SHALL BE CONSTRUED AS AN ATTEMPT TO COLLECT AGAINST THE BORROWER PERSONALLY OR AN ATTEMPT TO REVIVE PERSONAL LIABILITY.**
IF YOU ARE A SUCCESSOR IN INTEREST (RECEIVED THE PROPERTY FROM A RELATIVE THROUGH DEATH, DEVISE, OR DIVORCE, AND YOU ARE NOT A BORROWER ON THE LOAN) THAT HAS NOT ASSUMED, OR OTHERWISE BECOME OBLIGATED ON THE DEBT, THIS COMMUNICATION IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.



DAL

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
USAA Federal Savings Bank
PO Box 818059
5801 Postal Road
Cleveland, OH 44181

**Serviced by Nationstar Mortgage LLC,
a subservicer for USAA**

## Escrow Account Disclosure Statement

**Member Service:** 855-430-8489
Monday through Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 7 a.m. to 3 p.m. (CT)

**Tax/Insurance:** 855-358-9207
Monday through Friday from 8 a.m. to 8 p.m. (ET) and Saturday from 8 a.m. to 4 p.m. (ET)

STEPHEN ROACHE
1102 CHILDS AVE
DREXEL HILL, PA 19026

Your Loan Number: ▮▮▮▮▮▮▮▮
Statement Date: 06/30/2023

| | |
|---|---|
| **Why am I receiving this?** | USAA Federal Savings Bank completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. USAA Federal Savings Bank maintains an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to void a negative balance in the event of changing tax and insurance amounts. |
| **What does this mean for me?** | The escrow analysis is based on the assumption that your loan is current, and all past due payments have been made. Based on this assumption, your Escrow Account is projected to have more money than needed, resulting in a surplus of $648.87. If you are behind on your payments this is not a true surplus. |
| **What do I need to do?** | Please note that effective 09/01/2023, your new total monthly payment will be $1,666.01. |

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---:|---:|---:|
| PRINCIPAL AND INTEREST | $1,000.97 | $0.00 | $1,000.97 |
| ESCROW | $518.82 | $146.22 | $665.04 |
| **Total Payment** | **$1,519.79** | **$146.22** | **$1,666.01** |

*See below for surplus calculation*

**What is a Surplus?** A surplus is the difference between the **lowest projected balance and the minimum required balance** of your account for the coming year, as shown below. Please see second page for coming year details.



Minimum Required Balance
$1,330.08

Lowest Projected Balance
$1,978.95

Surplus Amount $648.87

*Please see the Coming Year Projections table on the back for more details.*

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---:|---:|---:|
| HAZARD SFR | $6,225.87 | $1,754.63 | $7,980.50 |
| **Annual Total** | **$6,225.87** | **$1,754.63** | **$7,980.50** |

*If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at www.usaa.com.*

PLEASE BE ADVISED THIS COMMUNICATION IS SENT FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM AGAINST, OR DEMAND PAYMENT FROM, ANY INDIVIDUAL PROTECTED BY THE U.S. BANKRUPTCY CODE. IF THIS ACCOUNT HAS BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING, BE ADVISED THIS COMMUNICATION IS FOR INFORMATIONAL PURPOSES ONLY AND NOT AN ATTEMPT TO COLLECT A DEBT AGAINST YOU; HOWEVER, THE SERVICER/LENDER RESERVES THE RIGHT TO EXERCISE THE LEGAL RIGHTS ONLY AGAINST THE PROPERTY SECURING THE LOAN OBLIGATION, INCLUDING THE RIGHT TO FORECLOSE ITS LIEN UNDER APPROPRIATE CIRCUMSTANCES. NOTHING IN THIS COMMUNICATION SHALL BE CONSTRUED AS AN ATTEMPT TO COLLECT AGAINST THE BORROWER PERSONALLY OR AN ATTEMPT TO REVIVE PERSONAL LIABILITY.

IF YOU ARE A SUCCESSOR IN INTEREST (RECEIVED THE PROPERTY FROM A RELATIVE THROUGH DEATH, DEVISE, OR DIVORCE, AND YOU ARE NOT A BORROWER ON THE LOAN) THAT HAS NOT ASSUMED, OR OTHERWISE BECOME OBLIGATED ON THE DEBT, THIS COMMUNICATION IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.



DELQ

The change in your escrow payment** may be based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) received were less than or greater than expected | • Tax rate and/or assessed value changed | • Premium changed |
| • Monthly payment(s) received earlier or later than expected | • Exemption status lost or changed | • Coverage changed |
| • Previous overage returned to escrow | • Supplemental/Delinquent tax paid | • Additional premium paid |
| • Previous deficiency/shortage not paid entirely | • Paid earlier or later than expected | • Paid earlier or later than expected |
|  | • Tax installment not paid | • Premium was not paid |
|  | • Tax refund received | • Premium refund received |
|  | • New tax escrow requirement paid | • New insurance escrow requirement paid |
|  |  | • Force placed insurance premium paid |

### Prior Year Account History and Coming Year Projections

**This is a statement of the actual activity in your escrow account from 07/22 through 08/23. This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure, and projects payments, disbursements, and balances for the coming year.** The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

**Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year.** Under Federal Law (RESPA), the lowest monthly balance in your escrow account should be no less than $1,330.08 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise. Your projected estimated lowest account balance of $1,978.95 will be reached in August 2024. When the minimum required balance is subtracted from your lowest projected balance, an Escrow Surplus results in the amount of $648.87. **These amounts are indicated with an arrow (<).**

This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.

| Month | Projected Payment | Actual Payment | Projected Disbursement | Actual Disbursement | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Start | $1,037.67 | $8,247.49 |
| 07/22 | $0.00 | $311.02 | $0.00 | $6,225.87*   * | HAZARD SFR | $1,037.67 | $2,332.64 |
| 09/22 | $518.82 | $311.02 | $0.00 | $1,087.17*   * | Esc pay adj | $1,556.49 | $1,556.49 |
| 10/22 | $518.82 | $622.04* | $0.00 | $0.00 |  | $2,075.31 | $2,178.53 |
| 11/22 | $518.82 | $311.02* | $0.00 | $0.00 |  | $2,594.13 | $2,489.55 |
| 12/22 | $518.82 | $829.84E | $0.00 | $0.00 |  | $3,112.95 | $3,319.39 |
| 01/23 | $518.82 | $1,140.86E | $0.00 | $0.00 |  | $3,631.77 | $4,460.25 |
| 02/23 | $518.82 | $518.82E | $0.00 | $0.00 |  | $4,150.59 | $4,979.07 |
| 03/23 | $518.82 | $829.84E | $0.00 | $0.00 |  | $4,669.41 | $5,808.91 |
| 04/23 | $518.82 | $1,037.64E | $0.00 | $0.00 |  | $5,188.23 | $6,846.55 |
| 05/23 | $518.82 | $1,037.64E | $0.00 | $0.00 |  | $5,707.05 | $7,884.19 |
| 06/23 | $518.82 | $1,037.64E | $0.00 | $0.00 |  | $6,225.87 | $8,921.83 |
| 07/23 | $518.82 | $518.82E | $0.00 | $0.00 |  | $6,744.69 | $9,440.65 |
| 08/23 | $518.82 | $518.82 | $6,225.87 | $7,980.50*E  *E | HAZARD SFR | $1,037.64 | $1,978.97 |
| Total | $6,225.84 | $9,025.02 | $6,225.87 | $15,293.54 | Total | $1,037.64 | $1,978.97 |

| Month | Projected Payment |  | Projected Disbursement |  | Description | Current Balance | Required Balance Projected |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Start | $1,978.97 | $1,330.10 |
| 09/23 | $665.04 |  | $0.00 |  |  | $2,644.01 | $1,995.14 |
| 10/23 | $665.04 |  | $0.00 |  |  | $3,309.05 | $2,660.18 |
| 11/23 | $665.04 |  | $0.00 |  |  | $3,974.09 | $3,325.22 |
| 12/23 | $665.04 |  | $0.00 |  |  | $4,639.13 | $3,990.26 |
| 01/24 | $665.04 |  | $0.00 |  |  | $5,304.17 | $4,655.30 |
| 02/24 | $665.04 |  | $0.00 |  |  | $5,969.21 | $5,320.34 |
| 03/24 | $665.04 |  | $0.00 |  |  | $6,634.25 | $5,985.38 |
| 04/24 | $665.04 |  | $0.00 |  |  | $7,299.29 | $6,650.42 |
| 05/24 | $665.04 |  | $0.00 |  |  | $7,964.33 | $7,315.46 |
| 06/24 | $665.04 |  | $0.00 |  |  | $8,629.37 | $7,980.50 |
| 07/24 | $665.04 |  | $0.00 |  |  | $9,294.41 | $8,645.54 |
| 08/24 | $665.04 |  | $7,980.50 |  | HAZARD SFR | $1,978.95 | $1,330.08< |
| Total | $7,980.48 |  | $7,980.50 |  | Total | $1,978.95 | $1,330.08 |

**Bankruptcy Adjustment** - The Prior Year Account History and Coming Year Projections section of the Annual Escrow Account Disclosure Statement may contain a line item called "Bankruptcy Adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If a previous escrow analysis statement was sent to you by your previous servicer, please refer to that statement for comparison purposes. If you have any questions, please call Kenneth Cruz at 855-480-9828. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.usaa.com for more information.

Note: Any disbursements listed after the date of this statement are assumed to be projected or estimated.